IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation, | No. C 03-03779 WHA |
| Plaintiff and Counterdefendant, | |
| v. | **ORDER RE HEARING ON DOCTRINE OF EQUIVALENTS** |
| MULTILYTE LTD., a British corporation, | |
| Defendant and Counterclaimant. | |

At the hearing on plaintiff's motion for summary judgment of non-infringement under the doctrine of equivalents, currently scheduled for **THURSDAY, JUNE 23, 2005 AT 8:00 A.M.**, the parties should not expect to have more than twenty minutes per side to present their best arguments, as there are several other motions on calendar that morning.

**IT IS SO ORDERED.**

Dated: June 16, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE