1
2
3
4
5
6
7

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

12   AFFYMETRIX, INC., a Delaware corporation,    Case No.: C-03-3779 WHA

13          Plaintiff and Counterdefendant,    ~~[PROPOSED]~~ **ORDER GRANTING MULTILYTE LTD.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL**

14   v.

15   MULTILYTE LTD., a British corporation,

16          Defendant and Counterclaimant.

17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having considered Defendant and Counterclaimant Multilyte Ltd.'s Administrative Request to File Under Seal Multilyte Ltd.'s Objections to Affymetrix, Inc.'s Bill of Costs and Exhibit 3 to the Declaration of Samuel F. Ernst in Support of Multilyte Ltd.'s Objections to Affymetrix, Inc.'s Bill of Costs, and all other arguments, papers, and materials relevant to this request, finds that the request is narrowly tailored and that good cause exists to seal the document.

The request is therefore GRANTED and Multilyte Ltd.'s Objections to Affymetrix, Inc.'s Bill of Costs and Exhibit 3 to the Declaration of Samuel F. Ernst in Support of Multilyte Ltd.'s Objections to Affymetrix, Inc.'s Bill of Costs is hereby ordered to be filed under seal.

**IT IS SO ORDERED.**

DATED: __July 22_____ 2005

_____
The Honorable William Alsup
United States District Judge