ALEXANDER L. BRAINERD (Bar No. 042722)
MICHAEL K. PLIMACK (Bar No. 133869)
CHRISTINE SAUNDERS HASKETT (Bar No. 188053)
SAMUEL F. ERNST (Bar No. 223963)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant and Counterclaimant
MULTILYTE LTD.

GEORGE A. RILEY (Bar No. 118304)
JOHN C. KAPPOS (Bar No. 171977)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

MICHAEL J. MALECEK (Bar No. 171034)
GEORGE C. YU (Bar No. 193881)
DANIEL R. REED (Bar No. 201211)
AFFYMETRIX, INC.
6550 Vallejo Street, Suite 100
Emeryville, CA 94618
Telephone: (510) 428-8503
Facsimile: (510) 428-8583

Attorneys for Plaintiff and Counterdefendant
AFFYMETRIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AFFYMETRIX, INC., a Delaware corporation,<br><br>        Plaintiff and Counterdefendant,<br><br>    v.<br><br>MULTILYTE LTD., a British corporation,<br><br>        Defendant and Counterclaimant. | Case No.: C-03-3779 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF PROTECTIVE ORDER ISSUE** |

1  WHEREAS, a dispute between the parties has arisen out of the February 17, 2004
2  Stipulated Protective Order in this case;

3  WHEREAS, according to the Order Approving Stipulated Protective Order Subject to
4  Stated Conditions, paragraph 6, the Court retains jurisdiction over disputes arising from the
5  proposed and stipulated protective order for 45 days after final termination of the action;

6  WHEREAS, the parties have been working diligently in an effort to resolve this dispute to
7  the satisfaction of all affected parties;

8  WHEREAS, despite numerous and extensive negotiations and discussions, the parties have
9  been unable to resolve their dispute; and

10  WHEREAS, a Heller Ehrman attorney who may be personally impacted by the resolution of
11  this dispute is unavailable to participate in the resolution of this matter until August 8, 2005;

12  THEREFORE, by and through their respective undersigned counsels, the parties hereby
13  stipulate that their protective order dispute shall be briefed and heard by the Court according to the
14  following schedule:

15  • counsel for Multilyte Ltd. shall file an opening brief on August 11, 2005;

16  • counsel for Affymetrix, Inc. shall file a responsive brief on August 18, 2005;

17  • counsel for Multilyte shall file a reply brief on August 23, 2005; and

18  • the matter shall be heard by the Court on ~~September 1, 2005~~ September 8, 2005 at 8:00 a.m.

19  IT IS SO STIPULATED.

20  DATED: July 26, 2005            HELLER EHRMAN LLP
21
                                    By s/ Christine Saunders Haskett
22                                      Christine Saunders Haskett

23                                  Attorneys for Defendant and Counterclaimant
                                    MULTILYTE, LTD.
24

25  DATED: July 26, 2005            AFFYMETRIX, INC.

26                                  By s/ George C. Yu
                                        George C. Yu
27
                                    Attorneys for Plaintiff and Counterdefendant
28                                  AFFYMETRIX, INC.

1

STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING OF PROTECTIVE ORDER ISSUE        C-03-3779 WHA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 1, 2005

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup]*